# HAUSFELD

**IRVING SCHER**  33 Whitehall Street
14th Floor
New York, NY 10004

646-357-1100 Main
212-202-4322 Fax
ischer@hausfeld.com

April 10, 2017

**SO ORDERED:**

*George B. Daniels*
**George B. Daniels, U.S.D.J.**
Dated: APR 11 2017

**VIA FAX & ECF**

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *In re Application of Financialright GmbH, Katharina Prinzessin zu Hohenlohe, Hartmut Bäumer and Walter Weiss*, No. 17-mc-00105

Dear Judge Daniels:

Applicants in the above-captioned Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings ("1782 Application") write to inform the Court that they have been in contact with Theodore Grossman, counsel for Jones Day, Respondent to the 1782 Application. Mr. Grossman has indicated that Jones Day intends to oppose the application. The parties have conferred and intend to propose the following briefing schedule:

| | |
|---|---|
| May 2, 2017: | Respondent to file Motion to Oppose 1782 Application |
| May 16, 2017: | Applicants to file Response in Opposition |
| May 26, 2017: | Respondent to file Reply in Support of Motion |

Mr. Grossman has consented to the filing of this letter. The Applicants understand Mr. Grossman spoke with Your Honor's clerk this afternoon. In view of the agreement of the parties to a schedule, the parties wish to know whether the Court desires their attendance tomorrow.

Sincerely,

/s/ Irving Scher
Irving Scher
*Counsel for Applicants*